**John MCZEAL, Plaintiff–Appellant,**

v.

**Karl ZARSE; Donna Parker, Grievance Coordinator; Michael Seale, Defendants–Appellees.**

No. 03–20356.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2003.

John McZeal, pro se, Texas Department of Criminal Justice, Huntsville, TX, for Plaintiff–Appellant.

Mandy Kay McCary, Office of the Attorney General for the State of Texas, Austin, TX, for Defendants–Appellees.

Before SMITH, DeMOSS and STEWART, Circuit Judges.

PER CURIAM.*

John McZeal, Texas prisoner # 536736, appeals the grant of summary judgment in favor of the defendants in his civil-rights suit. We review the record de novo. *See Duckett v. City of Cedar Park, Tex.,* 950 F.2d 272, 276 (5th Cir.1992). McZeal argues that Dr. Karl Zarse showed deliberate indifference in failing to properly treat a neck injury. At most the record reveals that McZeal disagrees with prison officials regarding medical treatment, which is not actionable. *See Varnado v. Lynaugh,* 920 F.2d 320, 321 (5th Cir.1991).

McZeal fails to state a proper claim against the other defendants because he did not make any allegation as to a causal connection between the other defendants and his actual injury. *See Thompkins v. Belt,* 828 F.2d 298, 303–04 (5th Cir.1987).

The judgment of the district court is AFFIRMED. McZeal's request for the appointment of counsel is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.